# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES TIPTON, MIGUEL A. PINERO, JR., JOSE M. VALDEZ, JR., CARL E. NAPIER, FRANK KIWAN, and KYLE I. FULGHUM, on behalf of themselves and all other persons similarly situated known and unknown, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 11 C 7461 |
| CHICAGO AUTOMOTIVE GROUP, INC., an Illinois Corporation and MIKE BEYDOUN, Individually, | ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Plaintiffs' counsel of record, Sheldon M. Lustig ("Lustig"), has filed a motion to withdraw. This Court has conducted a hearing on that motion (including oral argument by attorney Lustig) on April 9, 2014, with four of the six named plaintiffs being present in court during that hearing.

It is hereby ordered that attorney Lustig's motion to withdraw as counsel is granted. All of the remaining paragraphs of this memorandum order have been stipulated to orally by defendants' counsel.

It is further ordered that plaintiffs have until May 23, 2014 to retain new counsel to appear on their behalf if they choose to do so. If they so choose, the proposed new counsel must appear in court and obtain this Court's consent to their representation of the class before their

appearance becomes effective. If new counsel do not appear on behalf of the class by May 23, 2014, this action will be dismissed on that date without prejudice.

It is further ordered that if this case is so dismissed without prejudice because no counsel has appeared on behalf of the class by May 23, 2014, plaintiffs will have until July 9, 2014 to appear by counsel to reopen and reinstate the case. Such counsel is required to file a motion to reopen and reinstate the case and to obtain this Court's consent to represent the class by July 9, 2014 before their appearance becomes effective. If the case is not reinstated as stated in this paragraph by July 9, 2014, all of plaintiffs' claims will be dismissed on that date with prejudice.

                                              Milton I. Shadur
                                              Senior United States District Judge

Date:   May 8, 2014 nunc pro tunc
        April 9, 2014